UNITED STATES of America, Plaintiff–Appellee,

v.

TWENTY–FOUR THOUSAND, FIVE HUNDRED THIRTY DOLLARS, ($24,530.00) U.S. Currency; Defendant,

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

**Glenn DAVIS, Claimant–Appellant.**

No. 02–2333.

United States Court of Appeals,
Eighth Circuit.

Submitted April 18, 2003.

Decided May 1, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

Glenn Davis challenges the district court's * denial of Davis's Federal Rule of Civil Procedure 60(b)(4) motion following an adverse grant of summary judgment in a civil forfeiture proceeding against him. Having carefully reviewed the record, we affirm for the reasons explained by the district court. *See* 8th Cir. R. 47B

A true copy.

---

* The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

* Jo Anne B. Barnhart has been appointed to serve as Commissioner of Social Security and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).